UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Jamie Leroy Senter and Crystal Joy Senter**
a/k/a Crystal Joy Maguill
S.S. Nos.: xxx-xx-4595 and xxx-xx-3426
Mailing Address: 3 Red Spring Court, Durham, NC 27703-

Case No. 08-81142

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on August 6, 2008.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: September 24, 2008

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 4/16/06)

# CH. 13 PLAN - DEBTS SHEET
(MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 8/6/08
**Lastname-SS#:** Senter-4595

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Child Support | | |
| | | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| Southbeach Resorts | Timeshare |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See**) |
|---|---|---|---|---|
| Retain | Child Support | | | |
| | | | | |
| | | | | |
| | | | | |
| | 1st DOT - Bank of America | 1 | 5,241 | ** |
| | 2nd DOT - Beneficial | 2 | 1,248 | ** |
| | HOA Dues | | | |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | 1st DOT - Bank of America | 1 | $1,300 | n/a | n/a | $1,300.00 | House and Lot |
| | 2nd DOT - Beneficial | 2 | $413 | n/a | n/a | $413.00 | House and Lot |
| | HOA Dues | | $16 | n/a | n/a | $16.00 | House and Lot |
| | | | | n/a | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | HSBC - PMSI - Neg. Eq. | 4 | $18,732 | 8.00 | $187 | $379.82 | 2007 Chrysler Pacifica |
| | | | | 8.00 | | | |
| | | | | 8.00 | | | |
| | | | | 8.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | HSBC - PMSI - 910 | 3 | $22,898 | 8.00 | $162 | $464.29 | 2008 Mazda 3 |
| | | | | 8.00 | | | |
| | | | | 8.00 | | | |
| | | | | 8.00 | | | |
| | | | | 8.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See♠) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount* |
|---|---|
| DMI= None($0) | |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **2,865** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **3** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
♠ = Co-sign protect on all debts so designated on the filed schedules.
* = DMI x ACP
** = Pre-petition arrearage includes 1 post-petition motgage payment.

Ch13Plan_MD_(DeSardi) (11/6/07) © John T. Orcutt   (Page 4 of 4)

### Other Miscellaneous Provisions

## CERTIFICATE OF SERVICE

I, Charlene Free, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Charlene Free
Charlene Free

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Credit Bureau of Greensboro**
Post Office Box 26140
Greensboro, NC 27402-0040

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Absolute Collection Service **
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

Duke University Hospital
Post Office Box 91040
Durham, NC 27708-1040

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Afni, Inc. (Nextel)
Post Office Box 3427
Bloomington, IL 61702-3427

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Allied Interstate
3000 Corporate Exchange Drive
5th Floor
Columbus, OH 43231

ER Solutions (Verizon)
Post Office Box 9004
Renton, WA 98057-9004

Internal Revenue Service**
Post Office Box 21126
Philadelphia, PA 19114-0326

Bank of America
Post Office Box 9000
Getzville, NY 14068-9000

HSBC
Post Office Box 5251
Carol Stream, IL 60197-9642

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Beneficial
4711 Hope Valley Road
Durham, NC 27707

HSBC
Post Office Box 80084
Salinas, CA 93912

Experian
P.O. Box 2002
Allen, TX 75013-2002

Capital One
Post Office Box 30285
Salt Lake City, UT 84130-0285

HSBC Auto Finance
Post Office Box 17904
San Diego, CA 92177-7904

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Capital One
Post Office Box 98873
Las Vegas, NV 89193

Jennifer Morton
3309 Thayer Drive
Waxhaw, NC 28173

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Cornwell Quality Tools
Attn: Tech-Credit
Post Office Box 8251
Southeastern, PA 19398-8251

John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Juniper Bank
Post Office Box 8802
Wilmington, DE 19899-8802

Snap-On Credit
950 Technology Way
Ste 301
Libertyville, IL 60048

Kross, Lieberman and Stone, Inc.
Post Office Box 17449
Raleigh, NC 27619-7449

Southbeach Resorts
4725 North Scottsdale Road
Suite 300
Scottsdale, AZ 85251

Management and Recovery Consultants
13730 South Point Boulevard
Charlotte, NC 28273

Verizon Wireless Bankruptcy****
Administration
Post Office Box 3397
Bloomington, IL 61702-3397

Marie Parker
11645 Highway 96 South
Dunn, NC 28334

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Reward Zone Program
Mastercard
Post Office Box 80045
Salinas, CA 93912-0045

Rex Hospital
4420 Lake Boone Trail
Raleigh, NC 27613

Smith, Debnam, Narron, Wyche,
Saintsing, & Myers, LLP
Post Office Box 26268
Raleigh, NC 27611