C-13-16(FTP)
(Rev. 5/04)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| Jamie Leroy Senter | ) | No. B-08-81142 C-13D |
| Crystal Joy Senter | ) | |
| | ) | **ORDER** |
| | ) | |
| Debtor(s) | ) | |

On September 22, 2011, a hearing was held on the Standing Trustee's motion for dismissal of this case because of the Debtors' failure to make payments. At the hearing, the Standing Trustee stated that the Debtors have made arrangements for the continuation of payments under the Plan, by and through a payroll deduction, to insure that a full monthly payment would be received by the Chapter 13 Office no later than the last day of each month; therefore, it is

ORDERED that the Standing Trustee's motion for dismissal is hereby denied without prejudice; and, it is further

ORDERED that the Debtors shall make all payments due under this Plan by and through a payroll deduction and that a full monthly payment shall be received at the Chapter 13 Office no later than the last day of each month; and, it is further

ORDERED that in the event the Chapter 13 Office shall fail to receive a full monthly payment on the last day of each month hereafter for the next succeeding 12 months from the entry of this Order, the Standing Trustee shall notify this Court, and an automatic dismissal shall be entered without further hearing.

PARTIES TO BE SERVED
PAGE 1 OF 1
B-08-81142 C-13D

Jamie Leroy Senter
Crystal Joy Senter
3 Red Spring Court
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Standing Trustee
Post Office Box 3613
Durham, NC 27702