UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: James Leroy Senter | ) | **Motion and Notice** |
| Crystal Joy Senter | ) | **Chapter 13** |
| | ) | |
| | ) | No. B-08-81142 C-13D |
| Debtors | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

The Debtors' Plan provides for Plan payments of $2,865.00 per month and a 27% dividend to unsecured creditors. The Standing Trustee has reviewed the Debtors' Plan and the Plan payments require an increase in order to be completed within 60 months as required by 11 U.S.C. §1322(d).

The Standing Trustee respectfully recommends to the Court that an Order be entered modifying the Debtors' Plan to provide for Plan payments of $3,000.00 per month effective with the payment due for November, 2011.


Date:  September 30, 2011                                         s/Richard M. Hutson, II
           ltp                                                                     Standing Trustee

---

### NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before <u>October 31, 2011</u>, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on <u>November 15, 2011</u>, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date:  September 30, 2011                                         OFFICE OF THE CLERK
                                                                                       U.S. Bankruptcy Court

James Leroy Senter
Crystal Joy Senter
3 Red Spring Court
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
Post Office Box 3613
Durham, NC 27702